# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1732
_____

DONALD ALDEN BARNES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceeding.

October 16, 2025

PER CURIAM.

DISMISSED.

ROWE, NORDBY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Donald Alden Barnes, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.